**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BENNETT COLLEGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:19-cv-00883-SDG |
| ) | |
| v. ) | |
| ) | |
| THE SOUTHERN ASSOCIATION OF ) | |
| COLLEGES AND SCHOOLS ) | |
| COMMISSION ON COLLEGES, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant The Southern Association of Colleges and Schools Commission on Colleges, Inc. ("SACSCOC") respectfully requests leave of Court to file under seal the depositions transcripts of Latonya Flamer and Kimberly Ripberger, which are referenced in SACSCOC's Motion for Summary Judgment filed on February 7, 2020 [Dkt. 78], for the reasons set forth in the Memorandum in Support of the Parties' Joint Motion for Leave to File under Seal filed on February 7, 2020 [Dkt. 76-1].

[SIGNATURE ON FOLLOWING PAGE]

1

Respectfully submitted this 12th day of February, 2020.

/s/ Patrick W. McKee
Patrick W. McKee
Georgia Bar No. 494325
LAW OFFICE OF PATRICK W. MCKEE, LLC
19 Spring Street
Newnan, GA 30263
Telephone: (770) 683-8900
Facsimile: (770) 683-8905
pwmckee@mckeelaw.com

/s/ Letitia A. McDonald
Letitia A. McDonald
Georgia Bar No. 489430
Lohr Beck-Kemp
Georgia Bar No. 828063
J. Matthew Brigman
Georgia Bar No. 254905
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
tmcdonald@kslaw.com
lbeck-kemp@kslaw.com
mbrigman@kslaw.com
alex.gray@kslaw.com
Telephone: (404) 572-4600
Facsimile: (404) 572-5139

*Attorneys for Defendant The Southern Association of Colleges and Schools Commission on Colleges, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Derin B. Dickerson
> Gavin Reinke
> Jahnisa T. Loadholt
> Kristi Ramsay
> ALSTON & BIRD, LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309-3424
> (404) 881-7000 (phone)
> (404) 881-7777 (fax)
>
> *Attorneys for Plaintiff Bennett College*

This 12th day of February, 2020.

/s/ *Letitia A. McDonald*
Letitia A. McDonald
Georgia Bar No. 489430